STATE of Missouri, Respondent,

v.

**Christopher M. GRIFFIN, Appellant.**

**Nos. WD 61545, WD 61546.**

Missouri Court of Appeals,
Western District.

Feb. 10, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 30, 2004.

Patrick J. Berrigan, Kansas City, for
Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
John Munson Morris, Andrea Mazza Follett, Office of Attorney General, Jefferson
City, for Respondent.

Before EDWIN H. SMITH, Presiding
Judge, RONALD R. HOLLIGER, Judge,
and LISA WHITE HARDWICK, Judge.

### ORDER

Christopher M. Griffin appeals from his
convictions for involuntary manslaughter
and leaving the scene of an accident. Griffin asserts two points of error claiming
that the evidence was insufficient as a
matter of law and alternatively that he is
entitled to a new trial because the trial
court abused its discretion in removing a
juror during trial.

We have reviewed the briefs of the parties and the record on appeal, and find no
error of law. A written opinion reciting
the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a
memorandum opinion for their information
only, setting forth the facts and reasons
for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).